# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR LEE WILLIAMS,** | : | **CIVIL NO. 3:15-CV-1992** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **CAPT. S. SPAULDING, WARDEN** | : | |
| **FCI, ALLENWOOD,** | : | |
| **Respondent** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 9th December 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 4) for leave to proceed *in forma pauperis* is GRANTED.

2. Petitioner's motion (Doc. 2) for discovery is DENIED.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED, without prejudice, for lack of jurisdiction.

4. The Clerk of Court is directed to NOTIFY the petitioner.

5. The Clerk of Court is further directed to CLOSE this case.

                                               **BY THE COURT:**

                                               **s/James M. Munley**
                                               **JUDGE JAMES M. MUNLEY**
                                               **United States District Court**